UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THERESA INCOPERO,  )
                                                         )   Case No.: 2:10-cv-00341-GMN-LRL
         Plaintiff,  )
  vs.  )   **ORDER**
                                                          )
BRENDA KESNER,  )
                                                           )
        Defendant.  )
                                                           )

      Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable Lawrence R. Leavitt, United States Magistrate Judge, entered October 22, 2010. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and has determined that Magistrate Judge Leavitt's Recommendation should be ACCEPTED.

      **IT IS THEREFORE ORDERED** that Magistrate Judge Leavitt's Report and Recommendation (ECF No. 4) is **ACCEPTED**. This lawsuit is therefore **DISMISSED with prejudice**.

      DATED this 11th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge